IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALLADI DRUGS & <br> PHARMACEUTICALS, LTD., et al. <br> <br> v. <br> <br> KAREN TANDY, <br> in her official capacity as Administrator, <br> of the Drug Enforcement Administration. | C.A. 1:07-cv-1069 (RMC) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO THE COMPLAINT**

Defendants hereby move the Court for an extension of time to respond to plaintiffs Malladi Drugs & Pharmaceuticals, Ltd.'s and Novus Fine Chemicals, L.L.C.'s Complaint. The Complaint was filed on June 15, 2007, and the United States Attorney for the District of Columbia was served that same day. Due to defendant's attorney's schedule, defendant hereby requests a two week extension to respond to the Complaint. Unless extended, defendant's responsive filing would be due August 14, 2007. If granted, the response would be due on August 28, 2007.

Defendant's counsel has consulted with Plaintiffs' counsel concerning this request, and they have indicated that they do not oppose this motion.

                Respectfully Submitted,

                PETER D. KEISLER
                Assistant Attorney General

                JEFFREY A. TAYLOR
                United States Attorney

                ARTHUR R. GOLDBERG
                Assistant Branch Director

                 /s/ Ronald J. Wiltise
                RONALD J. WILTSIE
                Attorney
                Civil Division
                Federal Programs Branch
                U.S. Department of Justice
                P.O. Box 883
                Washington, D.C.  20044
                Tel: (202) 307-1401
                Fax: (202) 616-8470

August 9, 2007            Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALLADI DRUGS & PHARMACEUTICALS, LTD., et al. | ) ) ) ) | |
| v. | ) ) | C.A. 1:07-cv-1069 (RMC) |
| KAREN TANDY, in her official capacity as Administrator, of the Drug Enforcement Administration. | ) ) ) ) ) | |

**O R D E R**

Having considered Defendant's Unopposed Motion For An Extension Of Time To Respond To The Complaint, that Motion is GRANTED. Defendant shall have up to and through Tuesday, August 28, 2007, to file its response to the Complaint in this matter.

_____                    _____
Date                                                              The Honorable Rosemary M. Collyer
                                                                      United States District Judge