IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALLADI DRUGS & PHARMACEUTICALS, LTD. et al. | ) ) ) ) | |
| v. | ) ) | C.A. 1:07-cv-1069 (RMC) |
| KAREN TANDY, in her official capacity as Administrator of the Drug Enforcement Administration. | ) ) ) ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS OR, IN THE
ALTERNATIVE, FOR SUMMARY JUDGMENT**

Plaintiffs hereby move the Court for an extension of time to respond to Defendant Tandy's Motion to Dismiss or, in the Alternative, for Summary Judgment. The Motion was filed on August 28, 2007 and Plaintiffs were served with it on the same day. Due to Plaintiffs' attorney's schedule, Plaintiffs hereby requests an extension to respond to the Motion by September 21, 2007. Unless extended, Plaintiffs' responsive filing would be due September 13, 2007.

Plaintiffs' counsel has consulted with Defendant's counsel concerning this request, and Defendant's counsel have indicated that they do not oppose this motion.

September 10, 2007    Respectfully submitted,

Malladi Drugs & Pharmaceuticals, Ltd.

NOVUS Fine Chemicals, LLC

by their attorneys,

KING & SPALDING LLP


 /s/ Zachary J. Harmon
Zachary J. Harmon
D.C. Bar No. 453125
Eugene M. Pfeifer
D.C. Bar No. 140954
Christina L. Anderson
D.C. Bar No. 493636
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
202-737-0500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALLADI DRUGS & <br> PHARMACEUTICALS, LTD. et al. ) <br> ) <br> v. <br> ) <br> KAREN TANDY, <br> in her official capacity as Administrator <br> of the Drug Enforcement Administration. | C.A. 1:07-cv-1069 (RMC) |

## **ORDER**

Having considered Plaintiffs' Unopposed Motion For An Extension Of Time To Respond To Defendant's Motion To Dismiss Or, In The Alternative, For Summary Judgment, that Motion is GRANTED.  Plaintiffs shall file their response on or before September 21, 2007.

_____      _____
Date                                                  The Honorable Rosemary M. Collyer
                                                           United States District Judge