UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALLADI DRUGS & <br>     PHARMACEUTICALS, LTD. et al. ) <br>         v. <br> KAREN TANDY, <br> in her official capacity as Administrator <br> of the Drug Enforcement Administration. | C.A. 1:07-cv-1069 (RMC) <br> Rosemary Collyer |

**MALLADI DPL & NOVUS FINE CHEMICALS PLAINTIFFS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Malladi Drugs & Pharmaceuticals, Ltd. and NOVUS Fine Chemicals, LLC state as follows:

NOVUS Fine Chemicals, LLC is a wholly-owned subsidiary of Malladi Drug & Pharmaceuticals, Ltd., a privately held company. Malladi Drug & Pharmaceuticals, Ltd. is not aware of any publicly traded company that owns more than 10% of its stock.

September 21, 2007

Respectfully submitted,

 /s/ Zachary J. Harmon
Zachary J. Harmon
D.C. Bar No. 453125
Eugene M. Pfeifer
D.C. Bar No. 140954
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
*Attorneys for Plaintiff*
*Malladi DPL and NOVUS Fine Chemicals*