**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
MALLADI DRUGS &                         )
PHARMACEUTICALS, LTD. et al.            )
                                        )
            v.                          )        C.A. 1:07-cv-1069 (RMC)
                                        )
KAREN TANDY,                            )
in her official capacity as Administrator )
of the Drug Enforcement Administration.  )
_____ )

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT**

Plaintiffs Malladi Drugs & Pharmaceuticals, Ltd. and NOVUS Fine Chemicals, LLC

hereby respond to Defendant Tandy's Motion to Dismiss or, in the Alternative, for Summary

Judgment.  Plaintiffs assert that Defendant's Motion is now moot.

Plaintiffs filed their Original Complaint on June 15, 2007.  On August 28, 2007,

Defendant filed her Motion to Dismiss the Original Complaint, or in the Alternative, for

Summary Judgment.  Plaintiffs' deadline to file their Response to Defendant's motion was

extended to September 21, 2007.

On September 21, 2007, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure,

Plaintiffs filed their First Amended Complaint for Declaratory and Injunctive Relief with this

Court.[1]  As a result, Defendant's Motion regarding Plaintiffs' Original Complaint is moot.

---

[1] Plaintiffs amended their complaint as a matter of right because Defendant's Motion was not a responsive pleading
as defined by Fed. R. Civ. P. 7(a).  *See Confederate Memorial Ass'n, Inc. v. Hines*, 995 F.2d 295, 299 (D.C. Cir.
1993).

In the event that this Court does not strike Defendant's Motion as moot in light of Plaintiffs' First Amended Complaint, Plaintiffs request leave to file a substantive response to Defendant's Motion.

September 21, 2007                    Respectfully submitted,


                                      Malladi Drugs & Pharmaceuticals, Ltd.

                                      NOVUS Fine Chemicals, LLC.

                                      by their attorneys,


                                      KING & SPALDING LLP


                                       _/s/ Zachary J. Harmon_
                                      Zachary J. Harmon
                                      D.C. Bar No. 453125
                                      Eugene M. Pfeifer
                                      D.C. Bar No. 140954
                                      1700 Pennsylvania Avenue NW
                                      Washington, D.C. 20006
                                      202-737-0500
                                      FAX:  202-626-3737
                                      Washington, D.C. 20001