IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALLADI DRUGS & PHARMACEUTICALS, LTD. et al. | ) ) ) ) | |
| v. | ) ) | C.A. 1:07-cv-1069 (RMC) |
| KAREN TANDY, in her official capacity as Administrator of the Drug Enforcement Administration. | ) ) ) ) ) | |

**JOINT MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR
RULE 26(f) INITIAL SCHEDULING CONFERENCE**

The parties through their undersigned counsel hereby move the Court for leave to extend the deadline for the initial scheduling conference required by Fed. R. Civ. P. 26(f) and LCvR 16.3(a) of the Rules for the United States District Court for the District of District Columbia. Currently, the Joint Status Report is required to be submitted on October 5, 2007. The parties seek, by this motion, to extend their time to convene an initial scheduling conference until November 7, 2007, and submit the Joint Status Report no later than November 21, 2007.

The extension of parties' time to convene an initial scheduling conference is warranted due to the new allegations raised in Plaintiff's Amended Complaint and other deadlines facing Plaintiff's and Defendant's counsel in this matter.

WHEREFORE, for these and such other reasons as may appear just to the Court, the parties request that this Joint Motion For Leave To Extend The Deadline For Rule 26(f) Initial Scheduling Conference be granted and that the attached Order be entered.

October 3, 2007	Respectfully Submitted,

Peter D. Keisler
Assistant Attorney General

Jeffrey A. Taylor
United States Attorney

Arthur R. Goldberg
Assistant Branch Chief

 /s/ Ronald J. Wiltsie
Ronald J. Wiltsie
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044
Tel: (202) 307-1401
Fax: (202) 616-8470

Attorneys for Defendant

 /s/ Zachary J. Harmon
Zachary J. Harmon
D.C. Bar No. 453125
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737

Eugene M. Pfeifer
D.C. Bar No. 140954
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MALLADI DRUGS & <br> PHARMACEUTICALS, LTD. et al. ) <br><br> v. <br><br> KAREN TANDY, <br> in her official capacity as Administrator <br> of the Drug Enforcement Administration. | C.A. 1:07-cv-1069 (RMC) |

## ORDER

Having considered the parties' Joint Motion For Leave To Extend The Deadline For Rule 26(f) Initial Scheduling Conference is GRANTED. The parties shall convene the initial scheduling conference by November 7, 2007 and submit their Joint Status Report by November 21, 2007.


_____            _____
Date                                                                   The Honorable Rosemary M. Collyer
                                                                             United States District Judge