IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                                    )
MALLADI DRUGS &                                         )
       PHARMACEUTICALS, LTD. et al.        )
                                                                    )
                       v.                                         )    C.A. 1:07-cv-1069 (RMC)
                                                                    )
KAREN TANDY,                                              )
in her official capacity as Administrator       )
of the Drug Enforcement Administration.  )
_____)

**JOINT STATUS REPORT**

  Pursuant to Local Civil Rule 16.3 and Federal Rule of Civil Procedure 26(f), counsel for Plaintiffs and Defendant hereby jointly report on the outcome of their scheduling conference.

  **1.**  **Dispositive Motions**

  Defendant's Motion to Dismiss is currently pending, and Defendant submits that discovery should not begin until the Court has ruled on the Motion to Dismiss.  Plaintiffs submit that discovery should begin immediately.  The parties have discussed Plaintiffs' proposed discovery schedule, which is detailed below in sections 8 and 9.  While Defendant's position is that immediate discovery is not appropriate, Defendant has agreed to Plaintiffs' proposed schedule in the event that the Court permits discovery to begin prior to the issuance of a ruling on Defendant's Motion to Dismiss.

  **2.**  **Date for Joining Parties or Amending Pleadings**

  Plaintiffs have amended the complaint once as of right.  If Defendant's Motion to Dismiss is granted and the Court dismisses the complaint without prejudice, Plaintiffs will seek leave to file an amended complaint within 15 days after the Court rules on the motion.

3. **Assignment to a Magistrate Judge**

Plaintiffs and Defendant do not agree to the assignment of this case to a Magistrate Judge.

4. **Possibility of Settlement**

Plaintiffs and Defendant are currently exploring the possibility of settlement.

5. **Alternative Dispute Resolution**

Because Plaintiffs and Defendant are at the initial stages of exploring settlement, they submit that it is at present too early to enter into an alternative dispute resolution process. The parties will contact the Court if an alternative dispute resolution process becomes appropriate.

6. **Summary Judgment**

Depending on the information obtained through discovery, Plaintiffs believe that this case may be resolved by dispositive motion. Plaintiffs propose that dispositive motions may be filed at any time, but in any event not later than 30 days after the close of discovery (including the completion of expert depositions, if any), oppositions 30 days after the filing of dispositive motions, and replies 15 days after the filing of oppositions.

7. **Initial Disclosures**

Plaintiffs believe that the parties should make Rule 26(a)(2) initial disclosures by December 14, 2007. Defendant believes that initial disclosures should be delayed pending a ruling on the Motion to Dismiss, but agrees to the above date in the event that the Court permits discovery to begin prior to a ruling on Defendant's Motion to Dismiss.

8. **Time Length and Other Limits on Discovery**

Defendant believes that discovery should not commence until its Motion to Dismiss has been resolved, but agrees to Plaintiffs' proposed discovery schedule in the event that the Court permits discovery to go forward while the Motion to Dismiss is pending.  Plaintiffs do not agree that discovery should be stayed pending a ruling on the Motion to Dismiss.  Pursuant to the parties' discussions, Plaintiffs propose that fact discovery end on April 30, 2008.  If either side intends to present expert testimony, Plaintiffs propose that the proponent's report should be due on April 15, 2008, the opponent's report on May 15, 2008, rebuttal reports on May 29, 2008, and that all expert depositions should be completed by June 20, 2008.

Defendant and Plaintiffs agree that discovery responses and depositions should be conducted as required by the Federal Rules of Civil Procedure, and agree that the presumptive number of depositions and interrogatories set forth in FRCP 30(a)(2)(A) and 33(a) shall govern this case.  Any party may move to enlarge the number of depositions or interrogatories as set forth in Local Civil Rule 26.2(b).  At present, the parties do not believe a protective order will be required, but are considering the issue and will move the Court for such an order if it becomes necessary.

### 9. **Expert Witness Reports**

Plaintiffs propose, pursuant to the parties' discussions, that if either side intends to present expert testimony the proponent's report should be due on April 15, 2008, the opponent's report on May 15, 2008, rebuttal reports on May 29, 2008, and that all expert depositions should be completed by June 20, 2008.  Defendant is amenable to Plaintiffs' suggested dates if this Court permits discovery to go forward while the Motion to Dismiss is pending.

### 10. **Class Actions**

Plaintiffs and Defendant submit that this provision is inapplicable.

**11.     Bifurcation of Discovery or Trial**

Plaintiffs and Defendant submit that there is no need for bifurcation.

**12.     Date for the Pretrial Conference**

Plaintiffs propose a pretrial conference on August 15, 2008.  Defendant submits that this Court should not set the date for a pretrial conference because of the pending Motion to Dismiss.

**13.     Trial Date**

Plaintiffs propose a bench trial, lasting one or two days, to be scheduled as soon as possible after September 15, 2008.  Defendant submits that this Court should not set a trial date because of the pending Motion to Dismiss.

November 21, 2007

                        Respectfully submitted,

_____/s/_____  
For the Department of Justice  
Ronald J. Wiltsie (DC Bar No. 431562)  
U.S. Department of Justice  
P.O. Box 883  
Washington DC 20044  
Tel: 202-307-1401  
Fax: 202-616-8470  

_____/s/_____  
For the Plaintiffs  
Zachary Harmon (DC Bar No. 453125)  
King & Spalding LLP  
1700 Pennsylvania Avenue NW  
Washington DC 20006  
Tel: 202-737-0500  
Fax: 202-626-3737

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALLADI DRUGS & PHARMACEUTICALS, LTD. et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. 1:07-cv-1069 (RMC) |
| KAREN TANDY, in her official capacity as Administrator of the Drug Enforcement Administration. | ) ) ) ) ) | |
| Defendant. | ) ) | |

**[DEFENDANT'S] PROPOSED SCHEDULING ORDER**

It is hereby ORDERED that no discovery or other activity (other than settlement discussions) shall proceed in this matter pending the decision of the defendant's Motion to Dismiss. If necessary after decision of that motion, a further scheduling conference will be held to set the remaining deadlines in this case.

SO ORDERED.


November ___, 2007.                                  _____
                                                      The Honorable Rosemary M. Collyer
                                                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MALLADI DRUGS &                     )
    PHARMACEUTICALS, LTD. et al.    )
                                    )
            v.                      )   C.A. 1:07-cv-1069 (RMC)
                                    )
KAREN TANDY,                        )
in her official capacity as Administrator )
of the Drug Enforcement Administration. )
_____)

**[PLAINTIFFS' PROPOSED] SCHEDULING ORDER**

It is hereby ORDERED that this case shall proceed under the following schedule:

1.   Initial Disclosures:                                    December 14, 2007.

2.   Deadline for filing Motion to Amend Complaint, if applicable:

         15 days after ruling on Defendant's Motion to Dismiss.

3.   Close of Fact Discovery:                                April 30, 2008.

4.   Deadline for Proponents' Expert Reports:                April 15, 2008.

5.   Deadline for Opponents' Expert Reports:                 May 15, 2008.

6.   Deadline for Rebuttal Expert Reports:                   May 29, 2008.

7.   Deadline for Completion of Expert Depositions:          June 20, 2008.

8.   Deadline for Dispositive Motions:

         30 days after close of discovery (including expert depositions, if any).

9.   Oppositions to Dispositive Motions:

                                    30 days after filing of dispositive motions.

10.  Replies to Dispositive Motions:

                                    15 days after filing of dispositive motions.

    11.    Pretrial Conference: August 15, 2008.

    12.    Trial: September 15, 2008.

SO ORDERED.

November \_\_\_, 2007.

_____
The Hon. Rosemary M. Collyer
United States District Judge