UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MALLADI DRUGS & PHARMACEUTICALS, LTD.**, *et al.*,  Plaintiffs,  v.  **KAREN TANDY**, in her official capacity as Administrator, Drug Enforcement Administration,  Defendant. | Civil Action No. 07-1069 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's Motion to Dismiss the Amended Complaint [Dkt. #12] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; and it is

**FURTHER ORDERED** that this case is closed. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: March 13, 2008