# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Malladi Drugs & Pharmaceuticals, Ltd.
  and Novus Fine Chemicals,  Plaintiff
  LLC

                    vs.                              Civil Action No. 07-1069 (RMC)

Karen Tandy, in her official capacity as
Administrator, Drug              Defendant
  Enforcement Administration

# NOTICE OF APPEAL

Notice is hereby given this __8th__ day of ____May____, 20_08_, that

Malladi Drugs & Pharmaceuticals, Ltd., and Novus Fine Chemicals LLC

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement

of this Court entered on the __13th__ day of __March__, 20_08_, in favor of ____

Defendant                                                  against said ____

Plaintiffs                                              .



Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be
filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a
party)

CLERK   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

**RECEIVED**

MAY - 8 2008

NANCY MAYER WHITTINGTON, CLERK
[U.S. DISTRICT COURT    Rev. May 2004)]

Ronald James Wiltsie
U.S. Department of Justice
20 Massachusetts Avenue, NW
Washington, DC 20530-0001